No. 84–1488.   BALDWIN-UNITED CORP. ET AL. *v.* EUBANKS, INSURANCE COMMISSIONER FOR ARKANSAS.   Sup. Ct. Ark.   Motion of the parties to defer consideration of the petition for writ of certiorari denied.   Certiorari denied.

No. 84–6033.   BROGDON *v.* LOUISIANA.   Sup. Ct. La.;

No. 84–6284.   FAIRCHILD *v.* ARKANSAS.   Sup. Ct. Ark.;

No. 84–6326.   HALL *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.;

No. 84–6408.   SINGLETON *v.* SOUTH CAROLINA.   Sup. Ct. S. C.;

No. 84–6413.   STANO *v.* FLORIDA.   Sup. Ct. Fla.;

No. 84–6486.   WASHINGTON *v.* VIRGINIA.   Sup. Ct. Va.;

No. 84–6490.   DUTTON *v.* OKLAHOMA.   Ct. Crim. App. Okla.; and

No. 84–6526.   CARRIGER *v.* ARIZONA.   Sup. Ct. Ariz.   Certiorari denied.   Reported below: No. 84–6033, 457 So. 2d 616; No. 84–6284, 284 Ark. 289, 681 S. W. 2d 380; No. 84–6326, 733 F. 2d 766; No. 84–6408, 284 S. C. 388, 326 S. E. 2d 153; No. 84–6413, 460 So. 2d 890; No. 84–6486, 228 Va. 535, 323 S. E. 2d 577; No. 84–6526, 143 Ariz. 142, 692 P. 2d 991.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 83–2022.   GRIBBLE *v.* BUCKNER, JUDGE, GENERAL SESSIONS COURT OF RUTHERFORD COUNTY, TENNESSEE, ET AL., 469 U. S. 930;

No. 84–667.   LYONS *v.* WARDEN, NEVADA STATE PRISON, *ante*, p. 1004;

No. 84–5968.   BREWER *v.* CITY OF CLAYHATCHEE, *ante*, p. 1005;

No. 84–6190.   JUDD *v.* UNITED STATES ET AL., *ante*, p. 1019; and

No. 84–6212.   HOPGOOD *v.* HOPGOOD, *ante*, p. 1006.   Petitions for rehearing denied.